IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01339-WYD-MJW

SHERLYN A. EDWARDS,

Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Motion for Protective Order (docket no. 14) is GRANTED. The written Stipulation and Protective Order (docket no. 14) is APPROVED as amended in paragraph 10 and made an Order of Court.

Date: October 8, 2008