**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01339-CMA-MJW

SHERLYN A. EDWARDS,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING APRIL 20, 2009 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on Defendant's Motion to Dismiss or for Other Sanctions (Doc. # 21), filed March 2, 2009, and Defendant's Motion for Extension of Deadlines for Completion of Discovery and Dispositive Motions (Doc. # 26), filed April 3, 2009. The motion to dismiss was referred to Magistrate Judge Michael J. Watanabe for a Recommendation by Order of Reference dated March 3, 2009. The motion for extension of deadlines was referred to Magistrate Judge Watanabe for a Recommendation by Order of Reference dated April 6, 2009. Magistrate Judge Watanabe issued a Recommendation on April 20, 2009 that the above-referenced motion to dismiss be granted and that the motion for extension of deadlines be denied as moot. (Recommendation at 5.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation.

(Recommendation at 5.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Watanabe is sound and that there is no clear error on the face of the record.  *See* Fed.R.Civ.P. 72(a).  This Court agrees with the above-referenced Recom-mendation.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Michael J. Watanabe (Doc. # 28), filed April 20, 2009, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that Defendant's Motion to Dismiss or for Other Sanctions (Doc. # 21) is GRANTED and Defendant's Motion for Extension of Deadlines for Completion of Discovery and Dispositive Motions (Doc. # 26) is DENIED AS MOOT.

IT IS FURTHER ORDERED that this action be DISMISSED.

DATED:  May __14__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge